FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 JUL 12  P 4: 01

CLERK _____
       S.D. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CONCETTINA (Tina) LANASA,

    Plaintiff,

vs.

AMERICAN WATER,

    Defendant.

CIVIL ACTION NO.: CV205-245

## ORDER

Plaintiff filed the captioned action *pro se* on December 19, 2005. By Order dated May 15, 2006, Plaintiff was allowed a period of fifteen (15) days to show cause why service had not been made upon the Defendant within 120 days after the filing of the complaint. Plaintiff was advised that her failure to establish good cause would result in the dismissal of Plaintiff's complaint, without prejudice. After an extension of time to do so, Plaintiff has not responded to the May 15, 2006 Order.

Accordingly, Plaintiff's complaint is **DISMISSED,** without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

**SO ORDERED**, this 12 day of July, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)